SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

2. Case Administrator

FROM: Financial Administrator

DATE: 3-5-2012   UC

CASE NAME: Lehman

CASE NUMBER: 08-70341

Check Number 782015 in the amount of $5141.72 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 9258       Intake Clerk's Initials  M

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

03/02/2012

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: MAXINE E. LEHMAN

Case No: 08-70341F

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

                        Wolpoff & Abramson Llp++
                        4660 Trindle Rd Ste 301
                        Camp Hill,PA 17011-5610

CHECK NUMBER 782015     AMOUNT $5141.72

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                            /s/ Jackie Blough
                                            Administrative Assistant
                                            for Ronda J. Winnecour, Esq.
                                            Chapter 13 Trustee

CC:DANIEL J BOGER ESQ
MAXINE E. LEHMAN

Wolpoff & Abramson Llp++