# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Bankruptcy No. 08-70341 JKF |
| MAXINE E. LEHMAN, : | |
| : | |
| Debtor. : | |
| : | Chapter 13 |
| MAXINE E. LEHMAN, : | |
| : | |
| Movant, : | |
| : | Doc. No. 73 |
| vs. : | |
| : | |
| NO RESPONDENT, : | |
| : | |
| Respondent. : | |

## MOTION TO REOPEN CASE FOR THE RELEASE OF UNCLAIMED FUNDS FROM COURT REGISTRY

NOW COMES, the Debtor, Maxine E. Lehman, by and through her counsel, Jon A. McKechnie, Esq., and the law firm of Harold Shepley & Associates, LLC, and files the within Motion to Reopen Case for the Release of Unclaimed Funds from Court Registry, and in support thereof aver the following:

1. The Debtor initiated this case by the filing of a petition for relief under Chapter 13 of the Bankruptcy Code on or about April 1, 2008.

2. Ronda J. Winnecour was appointed Trustee of this case and a Meeting of Creditors was held on May 22, 2008.

3. The Debtor's case was dismissed and was closed on or around March 2, 2012.

4. On March 1, 2012, the Trustee submitted a Final Report and Account showing that $14,432.54 of unclaimed funds were deposited with the United States Bankruptcy Court Clerk in the Court Registry.

5. Said unclaimed funds were to be paid to secured judgment creditors.

6. The Debtor seeks to reopen her case to petition this Honorable Court for the release of said unclaimed funds in order to distribute said funds to secured judgment creditors.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order reopening the above bankruptcy case so that she may petition this Honorable Court for the release of unclaimed funds and distribute said funds to her secured judgment creditors and grant such other and further relief as deemed just and proper.

Date: March 15, 2012

/s/ Jon A. McKechnie
Jon A. McKechnie, Esq. #36268
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
(814) 444-0500
FAX (814) 444-0600
jmckechnie@shepleylaw.com