IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  **CERNUTO, INCORPORATED**        Case # **04-29682**
Debtor                                                           Chapter **7**

# ORDER FOR REIMBURSEMENT OF UNCLAIMED DIVIDENDS

On **2/14/12** the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit into the Registry of the court in the amount of $ **7935.71** on behalf of **Blue Linx Corp / fkb Georgina Pacific Corp.** Upon consideration of the motion filed by **JM Partners LLC, Attorney-in-Fact for BlueLinx Corp** seeking release of the funds paid into the Court under 11 U.S.C section 347(a), and it appearing that Claimant is entitled to the funds in question, it is herebery

ORDERED, as follows:
1. The Request is GRANTED in its entirety.
2. The Clerk, US Bankruptcy Court for the Western District of Pennsylvania shall pay the sum of **$ 7935.71**, less registry fund fees properly chargeable, to: **BlueLinx Corp, c/o JM Partners LLC, Attorney in Fact**, and shall send said check to the payee at the following address: **PO Box 29940, Richmond, VA 23242-0940**.

IT IS SO ORDRED this 26th day of June, 2012.

_Motion Dismissed for failure to prosecute._

_____
United States Bankruptcy Judge

3

**FILED**

JUN 27 2012

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA