IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| TRI-STATE MECHANICAL ) | |
| SERVICE, INC., ) | Case No. 90-22783/JKF |
| ) | Chapter 7 |
| *Debtor(s)* ) | |
| ) | Related to Document No. 470 |
| GRIFFITH CADILLAC, ) | |
| *Movant,* ) | |
| ) | **ENTERED BY DEFAULT** |
| v. ) | |
| ) | |
| JAMES A. PROSTKO, Trustee, ) | |
| *Respondent.* ) | |

## ORDER TO PAY UNCLAIMED FUNDS

IT APPEARING THAT, an amount of $5,886.91 due to Movant GRIFFITH CADILLAC, creditor in the above referenced case, is being held in the Court's account of unclaimed funds according to Title 11 of the U.S. Code, §347 (a);

IT ALSO APPEARING THAT Devin C. O'Leary, Esquire, representing the Movant and his attorney-in-fact Keys Research, has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. § 2042, with a Power of Attorney granting authority to petition the court to collect funds on behalf of the Movant having been filed;

IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay unclaimed funds in the amount of $5,886.91 to the order of the following:

Griffith Cadillac
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Dated: October 3, 2013

*Carlota M Böhm*
**dad**

United States Bankruptcy Judge

Submitted and approved by:

*/s/ Devin C. O'Leary, Esq.*
Devin O'Leary, Esquire
Attorney for Movant
PO Box 294
Pittsburgh, PA 15230
412-592-0102
devin@olearyllc.com
PA No. 312544

*Signed copy to Financial Administrator*

FILED
10/3/13 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - PGH